IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ANGELA KAYE WILLIAMS
and CASSANDRA HENRY                                                    PLAINTIFFS

v.                        CASE NO. 3:12CV00257 BSM/BD

RONALD COLEMAN, *et al.*                                               DEFENDANTS

## ORDER

Plaintiff Cassandra Henry is dismissed without prejudice for failure to prosecute. Henry was ordered on November 19, 2012, to pay the $350 statutory filing fee or to submit an *informa pauperis application* within thirty days of the order. [Doc. No. 4]. She was advised that failure to do so could result in dismissal of her claims. To date, she has not applied to proceed *in forma pauperis* or paid the filing fee as ordered. Accordingly, her claims are dismissed without prejudice for failure to prosecute. *See* L.R. 5.5(c)(2); *Janousek v. French*, 287 F.2d 616, 620-21 (8th Cir. 1961).

IT IS SO ORDERED this 9th day of January 2012.

_____
UNITED STATES DISTRICT JUDGE