IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ANGELA KAYE WILLIAMS                               PLAINTIFF

V.                       CASE NO. 3:12CV00257 BSM/BD

RONALD COLEMAN, et al.                              DEFENDANTS

## ORDER

In her amended complaint, Ms. Williams alleges that the conditions of her confinement at the Crittenden County Detention Facility ("Detention Facility") were unconstitutional and that employees of the Detention Facility acted with deliberate indifference to her medical needs.

For screening purposes, Ms Williams has stated a conditions-of-confinement claim against Defendant Coleman and a deliberate-indifference claim against Defendant Childress. Service of process is now proper for these Defendants.

The Clerk of Court is directed to prepare a summons for Defendants Coleman and Childress; the United States Marshal is directed to serve these Defendants with copies of the complaint and the amended complaint, with attachments (docket entries #2, #9), and with summonses. Service for these Defendants should be through the Crittenden County Sheriff's Department, 350 AFCO Road, West Memphis, Arkansas 72301, without prepayment of fees and costs or posting security.

Service is not proper for Defendant Bransetter. Ms. Williams's claims against Defendant Bransetter will be addressed in a separate recommendation.

IT IS SO ORDERED this 9th day of January, 2013.

_____
UNITED STATES MAGISTRATE JUDGE