**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**ANGELA KAYE WILLIAMS**                                                      **PLAINTIFF**

v.                           **CASE NO: 3:12CV00257 BSM/BD**

**RONALD COLEMAN,** *et al.*                                                **DEFENDANTS**

## ORDER

The proposed findings and recommended partial disposition [Doc. No. 13] submitted by United States Magistrate Judge Beth Deere have been reviewed. No objections have been filed. After careful consideration and a *de novo* review of the record, it is found that the proposed findings and recommended partial disposition should be, and hereby are, approved and adopted in their entirety.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff Angela Williams's claims against defendant Angie Bransetter are dismissed without prejudice and Bransetter is dismissed from this action.

2. Williams's claims against defendants Ronald Coleman and Mandi Childress, in their official capacities, are dismissed without prejudice.

Dated this 30th day of January 2013.

_____
UNITED STATES DISTRICT JUDGE