**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**ANGELA KAYE WILLIAMS**                                        **PLAINTIFF**

V.                      **NO. 3:12CV00257-BSM-BD**

**RONALD COLEMAN, et al.**                                  **DEFENDANTS**

## **ORDER**

Plaintiff Angela Kaye Williams is no longer incarcerated in the Crittenden County Detention Facility, as evidenced by mail returned to the Court as undeliverable. (Docket entries #14 - #17) Ms. Williams was granted leave to proceed *in forma pauperis* on November 19, 2012, and was ordered to make monthly payments until the statutory filing fee of $350.00 was paid in full. To date, no payments have been made.

When plaintiffs proceeding *in forma pauperis* are released from confinement, it is the Court's policy to require plaintiffs to submit current information regarding financial status to determine whether they should be required to pay all, or any portion, of the remaining balance due on the filing fee. Therefore, if Plaintiff wishes to proceed with this lawsuit, she is directed to submit a current request to proceed *in forma pauperis* or pay the filing fee of $350.00 to the Court within thirty (30) days of entry of this Order. She is further directed to notify the Court of her new address. Failure to comply with this Order may result in dismissal of this action under Local Rule 5.5(c)(2).

The Clerk of Court is directed to send Plaintiff an Application to Proceed *In Forma Pauperis*, along with a copy of this Order.

IT IS SO ORDERED this 31st day of January, 2013.

_____
UNITED STATES MAGISTRATE JUDGE