**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**ANGELA KAYE WILLIAMS**                                    **PLAINTIFF**

**v.**                      **CASE NO. 3:12CV00257 BSM/BD**

**RONALD COLEMAN,** *et al.*                                    **DEFENDANTS**

## ORDER

This case is dismissed without prejudice for failure to prosecute. On January 31, 2013, plaintiff Angela Williams was ordered to submit a current request to proceed *in forma pauperis* or pay the filing fee of $350.00 within thirty (30) days of the order. [Doc. No. 19] She was also directed to provide her updated address information and was warned that failure to comply with the order could result in dismissal of her claims.

To date, Williams has not complied with the order, and the time to do so has passed. As such, her claims are dismissed without prejudice for failure to prosecute and failure to comply with Local Rule 5.5(c)(2). The pending motion to dismiss [Doc. No. 26] is denied as moot.

IT IS SO ORDERED this 18th day of March 2013.

                                                   _____
                                                   UNITED STATES DISTRICT JUDGE