**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**ANGELA KAYE WILLIAMS**                                                                 **PLAINTIFF**

**v.**                                    **CASE NO. 3:12CV00257 BSM/BD**

**RONALD COLEMAN,** *et al.*                                                          **DEFENDANTS**

<u>**JUDGMENT**</u>

Consistent with the order entered today, this case is dismissed without prejudice for

failure to prosecute.

Dated this 18th day of March 2013.

_____
UNITED STATES DISTRICT JUDGE