IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**ANGELA KAYE WILLIAMS**            **PLAINTIFF**

v.            **CASE NO. 3:12CV00257 BSM/BD**

**RONALD COLEMAN,** *et al.*            **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice for failure to prosecute.

Dated this 18th day of March 2013.

_____
UNITED STATES DISTRICT JUDGE